FILED DEC 12 2007

DEC 12 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and LABORERS LOCAL UNION #309, <br><br> Plaintiffs, <br><br> v. <br><br> CHAMPION ENVIRONMENTAL SERVICES, INC. <br><br> Defendant. | 07CV 6968 <br> JUDGE PALLMEYER <br> MAGISTRATE JUDGE MASON |

## COMPLAINT

NOW COMES the Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS (hereinafter "CENTRAL LABORERS' FUNDS") and LABORERS LOCAL UNION #309 (hereinafter " the Union") by and through their attorney, MARC M. PEKAY, P.C. and hereby complains against the Defendant, CHAMPION ENVIRONMENTAL SERVICES, INC. (hereinafter "Defendant" or "Champion") as follows:

1. Jurisdiction is based on Sections 502(e)(1) and (2) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. Section 1132 (e)(1) and (2) and 1145, Section 301(a) of the Labor Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. Section 185(a), and 28 U.S.C. Section 1331.

2. Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. Section 1132 (e)(2), and 28 U.S.C. Section 1391 (a) and (b).

3. CENTRAL LABORERS' FUNDS are multiemployer benefit plans within the meanings of Sections 3(3) and 3(37) of ERISA, 29 U.S.C. Sections 1002(3) and 37(A). The Funds are maintained and administered in accordance with Section 302(c)(5) of the

LMRA, 29 U.S.C. Section 186 (c)(5). They are established pursuant to collective bargaining agreements entered into between various Unions and certain employer associations whose employees are covered by the collective bargaining agreements with the unions. The Funds have offices and conduct business within this District.

4. LABORERS LOCAL #309 is a labor union which represents its members in negotiations and dealing with employers with respect to rates of pay, hours of work, and other conditions of employment and are individually authorized to enter into collective bargaining agreements with employers on behalf of the Union.

5. CHAMPION ENVIRONMENTAL SERVICES, INC. (hereinafter referred to as "CHAMPION") is a Wisconsin Corporation engaged in the construction industry which is an industry affecting interstate commerce. CHAMPION at all times material herein, was doing business within this geographic area with its main office in Elmhurst, Illinois.

6. On May 14, 2007, the Union and Champion entered into a Project Specific Agreement for the JC Penney North Park and South Park Only. See Exhibit A.

7. Under the terms of the Project Specific Agreement, CHAMPION was required to make periodic contributions to the Northern IL & IA Laborers' Clearing Account and the Laborers Local Union #309 Fringe Benefit Account. The CENTRAL LABORERS' FUNDS have been duly authorized to act as an agent in the collection of contributions due to the Northern IL & IA Laborers' Clearing Account and the Laborers Local Union #309 Fringe Benefit Account.

8. These contributions are to be received by the Funds no later than the 15th day of the month, following the month in which the work was performed.

9. The Project Specific Agreement requires CHAMPION to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

10. Beginning May 14, 2007, Defendant acknowledged and ratified the Project Specific Agreement for the JC Penney North Park and South Park Only to which it was bound by filing periodic report forms to the Laborers Local 309 Northern IL & IA Laborers Fringe Benefit Funds, by making some but not all of the periodic payments as required by the Project Specific Agreement.

11. Defendant has failed to pay all contributions and union dues pursuant to the Project Specific Agreement for the JC Penney North Park and South Park only.

12. Defendant owes Five Thousand Seventy Four Dollars and eighty cents ($5,074.80) to the CENTRAL LABORERS' FUNDS, for unpaid contributions and dues from May 14, 2007 through August 31, 2007. See Exhibit B.

13. Pursuant to the Project Specific Agreement to which Defendant is bound, Defendant is obligated to pay ten percent (10%) in liquidated damages for all contributions to the Plaintiffs which were not paid in a timely manner.

14. The Company's actions in failing to make timely reports and contributions violate Sections 515 of ERISA, 29 U.S.C. Section 1145, and Section 301 of the LMRA. 29 U.S.C. Section 185.

15. Pursuant to Section 502(g)(2) of ERISA, 29 U.S.C. Section 1132 (g)(2), Section 301 of the LMRA, 29 U.S.C. Section 185, and the terms of the Agreement and the Funds' respective Trust Agreements, the Company is liable to the Funds for unpaid

contributions, as well as liquidated damages on the unpaid and late contributions, reasonable attorneys' fees and costs, and such other legal and equitable relief as the Court deems appropriate.

**WHEREFORE**, Plaintiffs pray for relief as follows:

A.   Judgment be entered against the Defendant, CHAMPION ENVIRONMENTAL SERVICES, INC. and in favor of the CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS in an amount shown to be due

B.   CHAMPION be ordered to submit their books and records for an audit to determine compliance with the Project Specific Agreement.

C.   To enter a judgment in an amount not yet ascertained against CHAMPION ENVIRONMENTAL SERVICES, INC. pursuant to the audit which will include unpaid contributions, liquidated damages, interest, audit costs and attorneys' fees and costs

D.   The CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS be awarded its costs herein, including reasonable attorney's fees and costs and late penalties incurred in the amount of ten percent (10%) liquidated damages, all as provided in the applicable agreements and ERISA Section 502(g)(2).

E.   Defendant be enjoined from violating the terms of the collective bargaining agreements and Trust Agreements by failing to make timely payments to the CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS.

F. This Court grant the CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS such other and further relief as it may deem appropriate under the circumstances.

        Respectfully Submitted,

        CENTRAL LABORERS' PENSION, WELFARE AND
        ANNUITY FUNDS

BY: *[signature]*
        MARC M. PEKAY, P.C.
        Attorney for Plaintiffs

MARC M. PEKAY, P.C.
30 North LaSalle St.
Suite 2426
Chicago, IL 60602
(312) 606-0980

NOV-26-2007 MON 08:30 AM    LABORERS LOCAL UNION 309    FAX NO. 309 788 5486    P. 07

"PLA" JC PENNEY NORTHPARK + SOUTHPARK ONLY

PROJECT LABOR AGREEMENT

IN WITNESS WHEREOF, the parties hereto have affixed their signatures which officially binds said parties under the provisions of this agreement.

COMPANY: Champion Environmental

ADDRESS: 38 West End Drive, Gilberts

STATE: IL

PHONE: 847-844-1695

FAX: 847-844-1696

BY: Domini Domich

TITLE: PRESIDENT

DATE: 5/14/07

Project Specific JC Penney NorthPark & South Park Only

28


EXHIBIT A

NOV-26-2007 MON 08:29 AM LABORERS LOCAL UNION 309    FAX NO. 309 786 5486                P. 03

QUAD CITY BUILDERS ASSOCIATION, INC.

_____                    6/11/04
Steven P. Tondi, President and CEO                           Date


LABORERS' INTERNATIONAL UNION OF NORTH AMERICA
LABORERS' LOCAL UNION NO. 309

_____                    6-11-04
Jim DeDecker, Business Manager                               Date


_____                    6-11-04
Phil Reddy, Secretary-Treasurer / Field Representative       Date


_____                    6-11-04
Bradley Forret, President / Field Representative             Date


GREAT PLAINS LABORERS DISTRICT COUNCIL

_____                    6-24-04
John Penn, Business Manager                                  Date

# LABORERS' LOCAL UNION NO. 309

of Laborers' International Union of North America, affiliated with AFL-CIO



October 26, 2007

Champion Environmental Services, Inc.
38 West End Drive
Gilberts, IL  60136

Attn: Karen

Re: **Laborers' Local #309 Fringe Benefit Shortages for Jun, Jul, Aug 2007**

Dear Karen:

Per our phone conversation on Thursday, October 25, 2007, I am providing you with information regarding benefits owed and now past due to Laborers' Local Union #309's benefit funds for hours worked by our members (Willie Holley and Angelita Perez) at the J.C. Penney Store at Southpark Mall in Moline, IL.

**For the month of June 2007:** The $27.20 you paid to Local #309 for Political Action was paid to the Industry Advancement Fund because our Building Contract does not include a Political Action Contribution. However, since you paid last year's contribution rates for Health and Welfare and Retiree Supplement, you still owe **$25.50** to the for the month of June 2007, which should be made payable to the **Northern IL & IA Laborers' Clearing Account.**

Also, last year's Pension rate was also paid for June 2007 hours. We have applied the $680.00 and the additional $40.80 you paid towards Pension, leaving a balance due of **$27.20.** This check should be made payable to **Laborers' Local Union #309 Fringe Benefit Account.**

**For the month of July 2007:** The $35.52 you paid to Local #309 for Political Action was paid to the Industry Advancement Fund. This leaves a balance due of **$33.30** to pay the shortage for the Welfare and Retirement Supplement Funds. This money should be paid to the **Northern IL & IA Laborers' Clearing Account.**

The amount you were short for the Pension contribution for July 2007 is **$88.80**, which is payable to Laborers' Local Union #309 Fringe Benefit Account.

Page 2
Champion Environmental Ltr, October 26, 2007
Re: **Local #309 Fringe Benefit for Jun, Jul, Aug 2007**

**For the month of August 2007:** The only payment we have received for August 2007 hours is the $3,654.86 for Dues Checkoff. No other monies have been received for August benefits. In order to post the checkoff amount to our system we need the number of hours worked for all laborers' who are not Local #309 members. Please fax these hours to our office at your earliest convenience (fax #309-786-5486).

The amount due the **Northern IL & IA Laborers' Clearing Account** for August 2007 hours is **$2,304.00.**

The amount due to the **Laborers' Local Union #309 Fringe Benefit Account** for August 2007 hours is **$2596.00.**

In Summary, the **total** amount now past due to the **Northern IL & IA Laborers' Clearing Account** for June and July 2007 shortages and August 2007 benefits is: **$2,362.80.**

The **total** amount now past due to the **Laborers' Local Union #309 Fringe Benefit Account** for June and July 2007 shortages and August 2007 benefits is: **$2,712.00.**

Please send your checks for these late payments immediately.

Also, please note that any payments for hours worked in our jurisdiction during September 2007 are also now past due and any payments for hours worked in October 2007 are due to be paid by November 15, 2007.

If you have any questions, please do not hesitate to telephone me.

Sincerely,

*Laurie Maddelein*
Laurie Maddelein
Office Manager

encl