# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07CV 6968
JUDGE PALLMEYER
MAGISTRATE JUDGE MASON

In the Matter of

Central Laborers' Pension, Welfare and Annuity Funds and Laborers Local Union #309,
  v.
Champion Environmental Services, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central Laborers' Pension, Welfare and Annuity Funds and Laborers Local Union #309

**FILED**
DEC 12 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Marc M. Pekay | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Marc M. Pekay | |
| FIRM <br> Law Offices of Marc M. Pekay, P.C. | |
| STREET ADDRESS <br> 30 N. LaSalle St., Suite 2426 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 02167131 | TELEPHONE NUMBER <br> 312-606-0980 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |