AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central Laborers' Pension, Welfare and Annuity
Funds and Laborers Local Union #309,
                Plaintiffs,

V.

Champion Environmental Services, Inc.,
                Defendants.

CASE NUMBER:

07CV 6968
JUDGE PALLMEYER
MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Champion Environmental Services Inc.
Barbara J. Gorniak, as Registered Agent
38 W. End Dr.
Gilberts, IL 60136-9657

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc M. Pekay
Marc M. Pekay, P.C.
30 N. LaSalle St., Suite 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**NADINE FINLEY**
(By) DEPUTY CLERK

DEC 1 2 2007
DATE

*F. W-46*
*1:04pm*

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE | 12-17-07 |
| NAME OF SERVER (PRINT) ALAN H. WEISSMAN | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 38 W. Eno Dr Gilberts, IL 60136 Office Manager

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Office Manager White Female 46yr Black Hair - short Glasses petite

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-17-07
Date

Signature of Server: Alan H. Weissman

Address of Server: 2365 N. Barrington Woods Rd Palatine, IL 60074

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.