IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and LABORERS LOCAL UNION #309, | ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 07 CV 6968 |
| v. | ) ) | Judge Pallmeyer Magistrate Judge Mason |
| CHAMPION ENVIRONMENTAL SERVICES, INC. | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT AND TO COMPEL AN AUDIT

**NOW COMES** the Plaintiffs, CENTRAL LABORERS' PENSION WELFARE and ANNUITY FUNDS and LABORERS LOCAL UNION #309 (hereinafter called the "Plaintiffs"), by and through their attorneys, MARC M. PEKAY, P.C. and hereby move for a Entry for an Order for Default and to Compel an Audit against the Defendants, CHAMPION ENVIRONMENTAL SERVICES, INC. (hereinafter called "Champion" or "the Company"). In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on December 12, 2007 seeking to compel Defendants to submit their books and records to an audit upon demand by Plaintiffs since the Defendants have failed to pay all contributions and union dues owed beginning May 14, 2007 as required under the Collective Bargaining Agreement.

2. The Defendants were served with the Complaint and Summons on December 17, 2007. (See as attached hereto as Exhibit A).

3. The time in which the Defendants have to answer or otherwise plead has

expired.

4.    Pursuant to Section 502 of the Employee Retirement Act of 1974 ("ERISA"), as amended, 29 U.S.C. §1132(g)(2), Section 301 of the Labor Management Relations Act ("LMRA"), as amended, 29 U.S.C. §185, the Agreement, and the Plaintiffs' respective Agreements, Defendants, should be ordered to submit current benefit and dues reports and contributions and to submit its books and records to an audit.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order finding:

a.    Defendant, Champion Environmental Services Inc. is in default;

b.    The Defendant is to submit current benefit and dues reports and contributions and to submit its books and records to an audit. Plaintiffs further request that this Court retain jurisdiction to enter Default Judgment in Sum Certain upon conclusion of the audit including all unpaid contributions, interest, liquidated damages, accumulated interest and liquidated damages on late reports, audit costs, and Plaintiffs' attorneys' fees and costs pursuant to the terms of the collective bargaining agreement, the Plaintiffs' respective Agreements and Declarations of Trust, and 29 U.S.C. §1132(g)(2);

c.    To obtain and maintain a surety bond;

        d.    Any other further legal and equitable relief as this Court deems appropriate.

Respectfully submitted,
The Laborers' Pension Fund et al.,

By: s/ IDALA H. STROUSE
MARC M. PEKAY, P.C.
Attorneys for Plaintiffs

MARC M. PEKAY, P.C.
30 NORTH LA SALLE ST.
SUITE 2426
CHICAGO, IL 60602
312/606-0980