IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and, LABORERS LOCAL UNION #309,<br><br>                Plaintiffs,<br>v.<br><br>CHAMPION ENVIRONMENTAL SERVICES, INC.<br><br>                Defendant. | NO. 07 CV 6968<br><br>Judge Pallmeyer<br><br>Magistrate Judge Mason |

**NOTICE OF MOTION**

To:    Champion Environmental Services
        38 W. End Dr.
        Gilberts, IL 60136-9657

**PLEASE TAKE NOTICE** that on **Monday, January 28, 2008,** at **8:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Pallmeyer, or another Judge sitting in her stead, in the Courtroom usually occupied by her, **Room 2119**, at the United States District Courthouse, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **MOTION FOR ORDER OF DEFAULT AND TO COMPEL AN AUDIT** in the above captioned matter. A copy of the Motion is enclosed herewith and hereby served upon you.

                                          Respectfully submitted,

                    BY:    <u>Idala H. Strouse</u>
                           Marc M. Pekay, P.C.
                           Attorneys for Plaintiff

MARC M. PEKAY, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL 60602
(312) 606.0980

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a copy of the foregoing **MOTION FOR ORDER OF DEFAULT AND TO COMPEL AN AUDIT** (Case No. 07 C 6968) to be served upon:

Champion Environmental Services
38 W. End Dr.
Gilberts, IL 60136-9657

by placing same in an envelope properly addressed as set out above, and delivering by first class mail, with postage costs paid, by placing in a U.S. Mail box located at 30 N. LaSalle Street, Chicago, Illinois, before the hour of **5:00 p.m.** on this ___th day of **January, 2008**.

By:   s/ Idala Strouse

MARC M. PEKAY, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL 60602
312/606-0980