Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6968 | **DATE** | 1/28/2008 |
| **CASE TITLE** | Central Laborers' Pension, Welfare and Annuity Funds, et al vs. Champion Environmental Services, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for default and to compel an audit [9] granted. IT IS HEREBY ORDERED that Champion Environmental Services, Inc. is in default. The company is to submit its books and records for an audit to be performed by the Funds for the period beginning May 14, 2007. The Court retains jurisdiction to enter judgment in a sum to be ascertained upon the completion of the audit. Enter Order For Default And To Compel An Audit. Status hearing set for 2/19/2008 at 9:00 to stand.

Docketing to mail notices.

00:02

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|