## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and LABORERS LOCAL UNION #309, <br><br> Plaintiffs, <br> v. <br><br> CHAMPION ENVIRONMENTAL SERVICES, INC. <br><br> Defendant. | NO. 07 CV 6968 <br> Judge Pallmeyer <br> Magistrate Judge Mason |

### ORDER FOR DEFAULT AND TO COMPEL AN AUDIT

This matter having come to be heard on the Motion of Plaintiffs CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and LABORERS LOCAL UNION #309 (hereinafter collectively called "the Funds" or "Plaintiffs") for Order of Default and to Compel an Audit, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. That Champion Environmental Services, Inc. is in default;

2. The Company is to submit its books and records for an audit to be performed by the Funds for the period beginning May 14, 2007.

FURTHER, the Court retains jurisdiction to enter judgment in a sum to be ascertained upon the completion of the audit.

Enter:

_/s/ Rebecca R. Pallmeyer_

Dated: 01/28/08

The Honorable Judge Pallmeyer
United States District Court Judge