IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and LABORERS LOCAL UNION #309, <br><br> Plaintiffs, <br> v. <br><br> CHAMPION ENVIRONMENTAL SERVICES, INC. <br><br> Defendant. | NO. 07 CV 6968 <br> Judge Pallmeyer <br> Magistrate Judge Mason |

### ORDER FOR DEFAULT AND TO COMPEL AN AUDIT

This matter having come to be heard on the Motion of Plaintiffs CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and LABORERS LOCAL UNION #309 (hereinafter collectively called "the Funds" or "Plaintiffs") for Order of Default and to Compel an Audit, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. That Champion Environmental Services, Inc. is in default;

2. The Company is to submit its books and records for an audit to be performed by the Funds for the period beginning May 14, 2007.

FURTHER, the Court retains jurisdiction to enter judgment in a sum to be ascertained upon the completion of the audit.

Enter:

*/s/ Rebecca Pallmeyer*

Dated: 01/28/08

The Honorable Judge Pallmeyer
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Central Laborers' Pension
Welfare and Annuity Funds and
Laborers Local Union #309

Plaintiffs,

                                            Case Number 07 CV 6968
                                            Judge Pallmeyer

             v.

Champion Environmental
Services, Inc.

Defendant.

### AFFIDAVIT OF PROCESS SERVER

_Alan Wassman_, being first duly sworn on oath, deposes and states that he served a copy of the Order For Default And To Compel An Audit to Champion Environmental Services, Inc., at 38 W. End Dr. Gilberts, IL 60136 by personally delivering a copy to _Renee - Refused last name_ on _2/4_, 2008 at _4:19_ a.m./p.m.

By: _[signature]_

Subscribed and sworn before me
this _4_ day _February_, 2008

_[signature]_
Notary Public

"OFFICIAL SEAL"
Debby R. Kadet
Notary Public, State of Illinois
My Commission Exp. 01/16/2010

W/F Black Hair Glasses medium build 40's