# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6968 | **DATE** | 3/19/2008 |
| **CASE TITLE** | Central Laborers' Pension, Welfare and Annuity Funds, et al vs. Champion Environmental Services, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 3/19/2008. Defendant's oral motion to vacate default granted. Status hearing set for 4/15/2008 at 9:00.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|