**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                     Case Number:    07 CV 6968

CENTRAL LABORERS' PENSION WELFARE AND ANNUITY FUNDS

vs.

CHAMPION ENVIRONMENTAL SERVICES, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHAMPION ENVIRONMENTAL SERVICES, INC.

| NAME (Type or print) |
| --- |
| TODD C. LYSTER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| S/ TODD C. LYSTER |
| FIRM |
| TODD C. LYSTER & ASSOCIATES |
| STREET ADDRESS: |
| 221 N. LASALLE STREET, SUITE 2700 |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 1717332 | (312) 855-0875 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒X | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒X | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒X | NO |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |