## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6968 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Central Laborers' Pension, et al vs. Champion Environmental Services, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 4/15/2008. Defendant to Answer by close of business 4/17/2008. Status hearing set for 5/7/2008 at 9:00.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|