IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and LABORERS LOCAL UNION #309,<br><br>             Plaintiffs,<br>v.<br><br>CHAMPION ENVIRONMENTAL SERVICES, INC.<br><br>             Defendant. | NO. 07 CV 6968<br>Judge Pallmeyer<br>Magistrate Judge Mason |

**MOTION TO AMEND COMPLAINT**

NOW COMES the Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS (hereinafter "CENTRAL LABORERS' FUNDS") and LABORERS LOCAL UNION #309 (hereinafter "the Union") by and through their attorney, MARC M. PEKAY, P.C. and hereby presents this Motion to Amend the Complaint against the Defendant, CHAMPION ENVIRONMENTAL SERVICES, INC. (hereinafter "Defendant" or "Champion").  In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs originally filed their Complaint December 12, 2007.

2. At no time when the Plaintiffs filed this Complaint, were they only seeking the amount of $5,074.80.  At the time, this was the only definite amount that the Plaintiffs knew were due and owing.

3. In the original Complaint, the Plaintiffs were also seeking an audit to determine the actual amounts owed.

4. In the Complaint, Plaintiffs' prayer for relief seeks that Champion be ordered to submit their books and records to an audit and that this Court enter a judgment in an amount not yet ascertained, but will be determined pursuant to an audit.

5.  Subsequently, Champion Environmental Services, Inc. submitted reports to Laborers' Local Union #309 such that the amount due and owing is now $102,734.49 and an audit is no longer necessary.

6.  Therefore, the Plaintiffs are seeking to amend the Complaint so that the full amount owed, which is based on Contribution reports submitted by Champion Environmental Services, Inc. and the Plaintiffs can collect the pension and health benefits owed to Champion's laborers.

**WHEREFORE**, Plaintiffs, CHAMPION ENVIRONMENTAL SERVICES, INC. and LABORERS' LOCAL UNION #309, respectfully request that this Court grant Plaintiffs' Motion.

Respectfully Submitted,

CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS

BY:   s/Idala H. Strouse
      One of the Attorneys for Plaintiffs

MARC M. PEKAY, P.C.
30 North LaSalle St.
Suite 2426
Chicago, IL  60602
(312) 606-0980