IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and LABORERS LOCAL UNION #309, <br><br>    Plaintiffs,<br> v.<br><br>CHAMPION ENVIRONMENTAL SERVICES, INC.<br><br>    Defendant. | NO. 07 CV 6968<br>Judge Pallmeyer<br>Magistrate Judge Mason |

## AMENDED COMPLAINT

NOW COMES the Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS (hereinafter "CENTRAL LABORERS' FUNDS") and LABORERS LOCAL UNION #309 (hereinafter "the Union") by and through their attorney, MARC M. PEKAY, P.C. and hereby presents this Amended Complaint against the Defendant, CHAMPION ENVIRONMENTAL SERVICES, INC. (hereinafter "Defendant" or "Champion") as follows:

  1. Jurisdiction is based on Sections 502(e)(1) and (2) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. Section 1132 (e)(1) and (2) and 1145, Section 301(a) of the Labor Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. Section 185(a), and 28 U.S.C. Section 1331.

  2. Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. Section 1132 (e)(2), and 28 U.S.C. Section 1391 (a) and (b).

  3. CENTRAL LABORERS' FUNDS are multiemployer benefit plans within the meanings of Sections 3(3) and 3(37) of ERISA, 29 U.S.C. Sections 1002(3) and 37(A).

The Funds are maintained and administered in accordance with Section 302(c)(5) of the LMRA, 29 U.S.C. Section 186 (c)(5). They are established pursuant to collective bargaining agreements entered into between various Unions and certain employer associations whose employees are covered by the collective bargaining agreements with the unions. The Funds have offices and conduct business within this District.

4.   LABORERS LOCAL #309 is a labor union which represents its members in negotiations and dealing with employers with respect to rates of pay, hours of work, and other conditions of employment and are individually authorized to enter into collective bargaining agreements with employers on behalf of the Union.

5.   CHAMPION ENVIRONMENTAL SERVICES, INC. (hereinafter referred to as "CHAMPION") is a Wisconsin Corporation engaged in the construction industry which is an industry affecting interstate commerce. CHAMPION at all times material herein, was doing business within this geographic area with its main office in Elmhurst, Illinois.

6.   On May 14, 2007, the Union and Champion entered into a Project Specific Agreement for the JC Penney North Park and South Park Only. See Exhibit A.

7.   Under the terms of the Project Specific Agreement, CHAMPION was required to make periodic contributions to the Northern IL & IA Laborers' Clearing Account and the Laborers Local Union #309 Fringe Benefit Account. The CENTRAL LABORERS' FUNDS have been duly authorized to act as an agent in the collection of contributions due to the Northern IL & IA Laborers' Clearing Account and the Laborers Local Union #309 Fringe Benefit Account.

8. These contributions are to be received by the Funds no later than the 15th day of the month, following the month in which the work was performed.

9. The Project Specific Agreement requires CHAMPION to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

10. Beginning May 14, 2007, Defendant acknowledged and ratified the Project Specific Agreement for the JC Penney North Park and South Park Only to which it was bound by filing periodic report forms to the Laborers Local 309 Northern IL & IA Laborers Fringe Benefit Funds, by making some but not all of the periodic payments as required by the Project Specific Agreement. See Exhibit B.

11. Defendant has failed to pay all contributions and union dues pursuant to the Project Specific Agreement for the JC Penney North Park and South Park only.

12. In addition, Defendant owes liquidated damages for those contributions that were not paid in a timely manner.

13. Defendant owes One Hundred and Two Thousand Seven Hundred Thirty Four Dollars and forty nine cents ($102,734.90) to the CENTRAL LABORERS' FUNDS, for unpaid contributions and dues from May 14, 2007 through August 31, 2007. See Exhibit B.

14. Pursuant to the Project Specific Agreement to which Defendant is bound, Defendant is obligated to pay ten percent (10%) in liquidated damages for all contributions to the Plaintiffs which were not paid in a timely manner.

14. The Company's actions in failing to make timely reports and contributions violate Sections 515 of ERISA, 29 U.S.C. Section 1145, and Section 301 of the LMRA. 29 U.S.C. Section 185.

15. Pursuant to Section 502(g)(2) of ERISA, 29 U.S.C. Section 1132 (g)(2), Section 301 of the LMRA, 29 U.S.C. Section 185, and the terms of the Agreement and the Funds' respective Trust Agreements, the Company is liable to the Funds for unpaid contributions, as well as liquidated damages on the unpaid and late contributions, reasonable attorneys' fees and costs, and such other legal and equitable relief as the Court deems appropriate.

**WHEREFORE**, Plaintiffs pray for relief as follows:

A. A Judgment be entered against the Defendant, CHAMPION ENVIRONMENTAL SERVICES, INC. and in favor of the CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and LABORERS' LOCAL UNION #309 in the amount of One Hundred and Two Thousand Seven Hundred Thirty Four Dollars and forty nine cents ($102,734.49). This amount includes unpaid contributions owed for June 2007 through August 2007 plus liquidated damages for August 2007 through October 2007 contributions that were not paid in a timely manner;

B. That the CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and LABORERS' LOCAL UNION #309 be awarded its costs herein, including reasonable attorney's fees and costs and late penalties incurred in the amount of ten percent (10%) liquidated damages, all as provided in the applicable agreements and ERISA Section 502(g)(2);

C. Defendant be enjoined from violating the terms of the collective bargaining agreements and Trust Agreements by failing to make timely payments to the CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and LABORERS' LOCAL UNION #309;

D. This Court grant the CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and LABORERS' LOCAL UNION #309 such other and further relief as it may deem appropriate under the circumstances.

Respectfully Submitted,

CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS

BY: s/MARC M. PEKAY
Attorney for Plaintiffs

MARC M. PEKAY, P.C.
30 North LaSalle St.
Suite 2426
Chicago, IL  60602
(312) 606-0980

-26-2007 MON 08:30 AM    LABORERS LOCAL UNION 309    FAX NO. 309 786 5486    P. 07

PROJECT LABOR AGREEMENT    "PLA" JC PENNEY NORTHPARK + SOUTHPARK ONLY

IN WITNESS WHEREOF, the parties hereto have affixed their signatures which officially binds said parties under the provisions of this agreement.

COMPANY: Champion Environmental

ADDRESS: 38 West End Drive, Gilberts

STATE: IL

PHONE: 847-844-1695

FAX: 847-844-1696

BY: Domini Domich

TITLE: PREZIDENT

DATE: 5/14/07

Project Specific
JC Penney NorthPark
& South Park Only


EXHIBIT A

QUAD CITY BUILDERS ASSOCIATION, INC.

_____   6/11/04
Steven P. Tondi, President and CEO              Date


LABORERS' INTERNATIONAL UNION OF NORTH AMERICA
LABORERS' LOCAL UNION NO. 309

_____   6-11-04
Jim DeDecker, Business Manager                   Date


_____   6-11-04
Phil Reddy, Secretary-Treasurer / Field Representative   Date


_____   6-11-04
Bradley Forret, President / Field Representative   Date


GREAT PLAINS LABORERS DISTRICT COUNCIL

_____   6-24-04
John Penn, Business Manager                      Date

# NORTHERN IL & IA LABORERS' FRINGE BENEFIT FUNDS
2837 - 7TH AVENUE, ROCK ISLAND, IL 61201 PHONE 309-786-3361

# 10043

| | | |
|---|---|---|
| Employers Name | Champion Environmental Svs | Month of JUNE 2007 |
| Address | 36 West End Dr. | Welfare Account Number 1925 B |
| | Gilberts, IL 60136 | Pension Account Number |
| Phone | 347-844-1695 | Federal I.D. number |

Check One When Applicable: ✓  postmarked 8/28/07

| Social Security NO. | Employee's Name | | Total Hrs | Gross Wages | Dues | Political Action |
|---|---|---|---|---|---|---|
| ███ | HOLLEY | | ███ | ███ | ███ | |
| 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 | PEREZ | ANGELITA | 80 | 2000.00 | 100.00 | |
| DUES ONLY - BENEFITS TO HOME LOCAL | | | | | | |
| ███ | GORBENKO | YURIY | 52 | 1300.00 | 65.00 | |
| ███ | ZHEREBNOY | ANDRIY | 52 | 1300.00 | 65.00 | |
| ███ | ███ | ███ | ███ | ███ | ███ | |
| 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 | INIGUEZ | SERGIO | 68 | 1700.00 | 85.00 | |
| ███ | RIOS | RAYMUNDO | 184 | 4600.00 | 230.00 | |
| ███ | LEIVA | LEONARDO | 182 | 4550.00 | 227.50 | |
| ███ | TORRIQUES | JOSE | 70 | 1750.00 | 87.50 | |
| ███ | TORRES | JOSE | 184 | 4600.00 | 230.00 | |
| ███ | VILLALBA | ADELFO | 182 | 4550.00 | 227.50 | |
| ███ | DELGADO | MARTHA | 182 | 4550.00 | 227.50 | |
| ███ | NICHOLSON | ARTURO | 154 | 3850.00 | 192.50 | |
| | | | | 48878.00 | 2443.90 | |

DV 6151
P 68.00

| HEAVY & HGHWAY | EFFECTIVE 1-1-05 MAIL TO: LABORERS' LOCAL 309, 2835 7TH AVENUE ROCK ISLAND IL 61201 | | | |
|---|---|---|---|---|
| Welfare | | $5.20 | $0.00 | Northern IL & IA Laborers' |
| Retirement supplemental Fund | | $0.25 | $0.00 | Cleariang Account |
| Pension | | $4.00 | $0.00 | |
| Training | | $0.60 | $0.00 | |
| Political Action | | $0.16 | $0.00 | Laborers' Local Union 309 |
| LECET | | $0.74 | $0.00 | Fringe Benefit Account |
| Vacation Fund | | $0.75 | $0.00 | |
| Dues 5% of Gross Wages | | 5% | $0.00 | |
| Building | EFFECTIVE 5-1-05 MAIL TO: LABORERS' LOCAL 309, 2835 7TH AVENUE ROCK ISLAND IL 61201 | | | |
| Welfare | 170 | $5.20 | $884.00 | Northern IL & IA Laborers' |
| Retirement supplemental Fund | 170 | $0.25 | $42.50 | Cleariang Account |
| Pension | 170 | $4.00 4.40 | $680.00 | (-68.00) |
| Training | 170 | $0.60 | $102.00 | |
| Political Action | 170 | $0.16 | $27.20 | Laborers' Local Union 309 |
| LECET | 170 | $0.74 | $125.80 | Fringe Benefit Account |
| Vacation Fund | 170 | $0.75 | $127.50 | |
| Dues 5% of Gross Wages | 48878 | 5% | $2,443.90 | 3506.40 |

C# 17

NCILDC LECET _____ 10.70
IL LECET _____ 8.50
MIDWEST HLTH & SAFETY 3.40
MIDWEST LECET _____ 1.70
OC FFC _____ 85.00
MIDWEST FFC _____ 1.70

10/1/07 #10076 $950.00

# LABORERS' LOCAL 309
## NORTHERN IL & IA LABORERS' FRINGE BENEFIT FUNDS
2837 - 7TH AVENUE, ROCK ISLAND, IL 61201 PHONE 309-786-3361

#10042   DW1092

Employers Name: Champion Environmental Svs    Month of JULY 2007
Address: 38 West End Dr.    Welfare Account Number
Gilberts, IL 60136    Pension Account Number
Phone C#17  847-844-1695    Federal I.D. number  1925B

postmarked 10-18-07

Check One When Applicable:

| Social Security NO. | Employee's Name | | Total Hrs | Gross Wages | Dues | Political Action |
|---|---|---|---|---|---|---|
| | SANDOVAL | VENYOCED | 112 | | | |
| | LAGUNES | JUAN | 112 | | | |
| | RIOS | RAYMUNDO | 90 | | | |
| | | LEONARDO | 120 | 3000.00 | 150.00 | |
| | | JOSE | 90 | 2250.00 | 112.50 | |
| | | ADELFO | 90 | 2250.00 | 112.50 | |
| | | MARTHA | 110 | 2750.00 | 137.50 | |
| | NICHOLSON | ARTURO | 110 | 2750.00 | 137.50 | |
| | VAZQUEZ | FRANCISCO | 120 | 3000.00 | 150.00 | |
| | LEPE | GERARDO | 30 | 750.00 | 37.50 | |
| | PHILLIPS | TOM | 105 | 3731.43 | 186.58 | |
| | MOJZIS | MARTIN | 112 | 3386.80 | 169.34 | |
| | | | | 37268.23 | 1893.42 | |

| HEAVY & HGHWAY | EFFECTIVE 1-1-05 MAIL TO: LABORERS' LOCAL 309, 2835 7TH AVENUE ROCK ISLAND IL 61201 | | |
|---|---|---|---|
| Welfare | | $5.20 | $0.00 | Northern IL & IA Laborers' |
| Retirement supplemental Fund | | $0.25 | $0.00 | Cleariang Account |
| Pension | | $4.00 | $0.00 | |
| Training | | $0.60 | $0.00 | |
| Political Action | | $0.16 | $0.00 | Laborers' Local Union 309 |
| LECET | | $0.74 | $0.00 | Fringe Benefit Account |
| Vacation Fund | | $0.75 | $0.00 | |
| Dues 5% of Gross Wages | | 5% | $0.00 | |
| Building | EFFECTIVE 5-1-05 MAIL TO: LABORERS' LOCAL 309, 2835 7TH AVENUE ROCK ISLAND IL 61201 | | |
| Welfare | 222 | $5.20 | $1,154.40 | Northern IL & IA Laborers' |
| Retirement supplemental Fund | 222 | $0.25 | $55.50 | Cleariang Account |
| Pension | 222 | $4.00 | $888.00 | |
| Training | 222 | $0.60 | $133.20 | |
| Political Action | 222 | $0.15 | $35.50 | |
| LECET | 222 | $0.74 | $164.28 | |
| Vacation Fund | 222 | $0.75 | $166.50 | |
| Dues 5% of Gross Wages | | 5% | $1,893.42 | |



NOV-26-2007 MON 08:29 AM LABORERS LOCAL UNION 309    FAX NO. 309 786 5486    P. 04

## LABORERS' LOCAL 309
### NORTHERN IL & IA LABORERS' FRINGE BENEFIT FUNDS
2837 - 7TH AVENUE, ROCK ISLAND, IL 61201 PHONE 309-786-3361

Employers Name: Champion Environmental Svs  Month of ~~June~~ Aug 2007
Address: 38 West End Dr.  Welfare Account Number
Gilberts, IL 60136  Pension Account Number
Phone: 847-844-1695  Federal I.D. number

Check One When Applicable:

| Employee's Name | | Total Hrs | Gross Wages |
|---|---|---|---|
| | | 200 | 5000.00 |
| | | 200 | 5000.00 |
| | | 214 | 7547.16 |
| | | 80 | 2000.00 |
| | | 74 | 1850.00 |
| | | 80 | 2000.00 |
| | | 40 | 1000.00 |
| | | 34 | 850.00 |
| | | 34 | 850.00 |
| | | 40 | 1000.00 |
| | | 40 | 1000.00 |
| | | 40 | 1000.00 |
| | | 40 | 1000.00 |
| | | 200 | 5000.00 |
| | | 200 | 5000.00 |
| | | 80 | 2000.00 |
| | | 200 | 5000.00 |
| | | 120 | 3000.00 |
| VILLALBA | | 200 | 5000.00 |
| VAZQUEZ | | 200 | 5000.00 |
| | | 200 | 5000.00 |
| | | 200 | |
| DELGADO | CHRISTIAN | 120 | |
| | | | 400.00 |

| HEAVY & HGHWAY | EFFECTIVE 1-1-07 MAIL TO: LABORERS' LOCAL 309, 2835 7TH AVENUE ROCK ISLAND IL 61201 | | | |
|---|---|---|---|---|
| Welfare | | $5.30 | $0.00 | Northern IL & IA Laborers' |
| Retirement supplemental Fund | | | | |
| Pension | | | | |
| Building | EFFECTIVE 5-9-07 MAIL TO: LABORERS' LOCAL 309, 2837 7TH AVENUE ROCK ISLAND IL 61201 | | | |
| Welfare | 400 | $5.30 | $2,120.00 | Northern IL & IA Laborers' |
| Industry Advancement | 400 | $0.16 | $64.00 | Clearing Account |
| Retirement supplemental Fund | 400 | $0.30 | $120.00 | |
| Pension | 400 | $4.40 | $1,760.00 | |
| Training | 400 | $0.60 | $240.00 | Laborers' Local Union 309 |
| LECET | 400 | $0.74 | $296.00 | Fringe Benefit Account |
| Vacation Fund | 400 | $0.75 | $300.00 | |
| Dues 5% of Gross Wages | 73097.16 | 5% | $3,654.86 | |

# LABORERS' LOCAL 309
## NORTHERN IL & IA LABORERS' FRINGE BENEFIT FUNDS
### 2837 - 7TH AVENUE, ROCK ISLAND, IL 61201 PHONE 309-786-3361

#10042     DX0396

| | | |
|---|---|---|
| Employers Name | Champion Environmental Svs | Month of    SEPT    2007 |
| Address | 38 West End Dr. | Welfare Account Number  1925B |
| | Gilberts, IL 60136 | Pension Account Number |
| Phone | 847-844-1695 | Federal I.D. number |

pm 12/19/07

Check One When Applicable:

| | Last Name | First Name | | Gross Wages | Dues | Political Action |
|---|---|---|---|---|---|---|
| | | | | 850.00 | 42.50 | |
| | HOLLEY | WILLIE | 34 | 850.00 | 42.50 | |
| | DUES ONLY | | | | | |
| | | | | | 280.26 | |
| | | | | | 162.50 | |
| | | | | | 42.50 | |
| | SANCHEZ | | | | 150.00 | |
| | MOTA | | | | 162.50 | |
| | OCAMPO | ARMANDO | | 1000.00 | 50.00 | |
| | GUZMAN | MANUEL | | 1000.00 | 50.00 | |
| | CERVANTES | ASCENCION | | 3250.00 | 162.50 | |
| | INIGUEZ | SERGIO | | 850.00 | 42.50 | |
| | SUDOMYR | SMYTRO | | 3250.00 | 162.50 | |
| | SANDOVAL | VENYOCED | | 750.00 | 37.50 | |
| | LAGUNES | JUAN | | 750.00 | 37.50 | |
| | VILLALBA | ADELFO | | 3750.00 | 187.50 | |
| | DELGADO | MARTHA | | 3750.00 | 187.50 | |
| | NICHOLSON | ARTURO | | 3750.00 | 187.50 | |
| | VAZQUEZ | FRANCISCO | | 3750.00 | 187.50 | |
| | DELGADO | CHRISTIAN | | 3750.00 | 187.50 | |
| | | | 68 | 47254.76 | 2362.76 | |

#17

| HEAVY & HIGHWAY | EFFECTIVE 1-1-07 MAIL TO: LABORERS' LOCAL 309, 2835 7TH AVENUE ROCK ISLAND IL 61201 | | | IA Laborers' |
|---|---|---|---|---|
| Welfare | | NCILDC LECET | 4.08 | |
| Retirement supplemental Fund | | | | |
| Pension | | | | |
| Training | | | | |
| Political Action | | | .68 | |
| LECET | | | 34.00 | |
| Vacation Fund | | | | |
| Dues 5% of Gross Wages | | | | |
| Building | | | | |
| Welfare | 68 | $5.30 | $360.40 | |
| Industry Advancement | 68 | $0.16 | $10.88 | |
| Retirement supplemental Fund | 68 | $0.30 | $20.40 | |
| Pension | 68 | $4.40 | $299.20 | |
| Training | 68 | $0.60 | $40.80 | Fringe Benefit Account |
| LECET | 68 | $0.74 | $50.32 | |
| Vacation Fund | 68 | $0.75 | $51.00 | |
| Dues 5% of Gross Wages | 47254.76 | 5% | $2,362.74 | |

1/2/08 #10823 $299.20

# LABORERS' LOCAL 309
## NORTHERN IL & IA LABORERS' FRINGE BENEFIT FUNDS
2837 - 7TH AVENUE, ROCK ISLAND, IL 61201 PHONE 309-786-3361

#10042   DX0397

| Employers Name | Champion Environmental Svs | Month of | OCT | 2007 |
| Address | 38 West End Dr. | Welfare Account Number | | 1925 B |
| | Gilberts, IL 60136 | Pension Account Number | | |
| Phone | 847-844-1695 | Federal I.D. number | | |

pm 12/19/07

Check One When Applicable:

| Social Security NO. | Employee's Name | | | Gross Wages | Dues | Political Action |
|---|---|---|---|---|---|---|
| | | | | 1000.00 | 50.00 | |
| | DUES ONLY | | | | | |
| | PHILLIPS | TOM | 90 | 3043.50 | 152.18 | |
| | GUZMAN | MANUEL | 4 | 100.00 | 5.00 | |
| | KUEHN | PAUL | 50 | 1697.50 | 84.88 | |
| | LOPEZ | ESAU | 20 | 500.00 | 25.00 | |
| | INIGUES | SERGIO | 40 | 1000.00 | 50.00 | |
| | DELGADO | MARTHA | 20 | 500.00 | 25.00 | |
| | NICHOLSON | ARTURO | 20 | 500.00 | 25.00 | |
| | VAZQUEZ | FRANCISCO | 20 | 500.00 | 25.00 | |
| | DELGADO | CHRISTIAN | 20 | 500.00 | 25.00 | |
| | | | 324 | 9341.00 | 467.06 | |

#17

| HEAVY & HGHWAY | EFFECTIVE 1-1-07 MAIL TO: LABORERS' LOCAL 309, 2835 7TH AVENUE ROCK ISLAND IL 61201 | | | |
|---|---|---|---|---|
| Welfare | | $5.30 | $0.00 | Northern IL & IA Laborers' Cleariang Account |
| Retirement supplemental Fund | | $0.30 | $0.00 | |
| Pension | | $4.40 | $0.00 | |
| Training | | $0.60 | $0.00 | Laborers' Local Union 309 Fringe Benefit Account |
| Political Action | | $0.10 | $0.00 | |
| LECET | | $0.67 | $0.00 | |
| Vacation Fund | | $1.15 | $0.00 | |
| Dues 5% of Gross Wages | | 5% | $0.00 | |
| Building | EFFECTIVE 5-9-07 MAIL TO: LABORERS' LOCAL 309, 2837 7TH AVENUE ROCK ISLAND IL 61201 | | | |
| Welfare | 40 | $5.30 | $212.00 | Northern IL & IA Laborers' Cleariang Account |
| Industry Advancement | 40 | $0.16 | $6.40 | |
| Retirement supplemental Fund | 40 | $0.30 | $12.00 | |
| Pension | 40 | $4.40 | $176.00 | 726.65 Laborers' Local Union 309 Fringe Benefit Account |
| Training | 40 | $0.60 | $24.00 | |
| LECET | 40 | $0.74 | $29.60 | |
| Vacation Fund | 40 | $0.75 | $30.00 | |
| Dues 5% of Gross Wages | 9341.00 | 5% | $467.05 | |

NCILDC LECET _2.40_
IL LECET _2.00_
MIDWEST HLTH & SAFETY _.80_
MIDWEST LECET _.40_
QC FFC _20.00_
MIDWEST FFC _4.00_

1/2/08
#10823
$176.00



# Central Laborers' Pension, Welfare & Annuity Funds

P.O. Box 1267 • Jacksonville, Illinois 62651 • Phone 217/243-8521 • Fax 217/245-1293

http://www.central-laborers.com

January 24, 2008

AC # 10042

Champion Environmental Services
38 West End Dr.
Gilberts, Il  60136

RE:   Late Remittance Report

Dear Sir or Madam:

    Please be advised that all Remittance Reports and contributions for the same are due the 15th day of the month following the month in which the work was performed.  This requirement is stated on the Remittance Report Form and is substantiated by the Funds' Trust Agreement.  The Trust Agreement also provides for assessing of liquidated damages against late reports.  Remittance Reports postmarked later than the fifteenth (15) day after the due date shall be assessed liquidated damages in the amount of 10% or $25.00, whichever, is greater.  Because the following report form was postmarked **December 19, 2007** you owe the following liquidated damages.  The contribution amounts and liquidated damages amount may also include amounts paid to the funds which have entered into Delinquency Collection Agreements with this office and are due and payable under the Collective Bargaining Agreements.

| Period | Local Union | Contribution Amount | Liquidated Damages |
|---|---|---|---|
| **Aug-07** | 309 | $1,760.00 | $ 176.00 |

    Please submit a copy of this letter and a check totaling **$ 176.00**, made payable to the Central Laborers' Fringe Benefit Account. Send your check to the attention of the Employer Contributions. The above mentioned liquidated damages account will be filed as closed, paid in full, provided payment is received by **February 7, 2008.**

    Should you have any questions concerning the above, please do not hesitate to contact this office.

Sincerely,

Dan Koeppel
Director, Employer Contributions

DK/jdr



# Central Laborers' Pension, Welfare & Annuity Funds

P.O. Box 1267 • Jacksonville, Illinois 62651 • Phone 217/243-8521 • Fax 217/245-1293

http://www.central-laborers.com

January 24, 2008

AC # 10042

Champion Environmental Services
38 West End Dr.
Gilberts, Il  60136

RE:   Late Remittance Report

Dear Sir or Madam:

    Please be advised that all Remittance Reports and contributions for the same are due the 15th day of the month following the month in which the work was performed.  This requirement is stated on the Remittance Report Form and is substantiated by the Funds' Trust Agreement.  The Trust Agreement also provides for assessing of liquidated damages against late reports.  Remittance Reports postmarked later than the fifteenth (15) day after the due date shall be assessed liquidated damages in the amount of 10% or $25.00, whichever, is greater.  Because the following report form was postmarked **December 19, 2007** you owe the following liquidated damages.  The contribution amounts and liquidated damages amount may also include amounts paid to the funds which have entered into Delinquency Collection Agreements with this office and are due and payable under the Collective Bargaining Agreements.

| Period | Local Union | Contribution Amount | Liquidated Damages |
|---|---|---|---|
| **Sep-07** | 309 | $ 299.20 | $ 29.92 |

    Please submit a copy of this letter and a check totaling **$ 29.92**, made payable to the Central Laborers' Fringe Benefit Account. Send your check to the attention of the Employer Contributions.  The above mentioned liquidated damages account will be filed as closed, paid in full, provided payment is received by **February 7, 2008**.

    Should you have any questions concerning the above, please do not hesitate to contact this office.

Sincerely,

Dan Koeppel
Director, Employer Contributions

DK/jdr



# Central Laborers' Pension, Welfare & Annuity Funds

P.O. Box 1267 • Jacksonville, Illinois 62651 • Phone 217/243-8521 • Fax 217/245-1293

http://www.central-laborers.com

January 24, 2008

AC # 10042

Champion Environmental Services
38 West End Dr.
Gilberts, Il 60136

RE:  Late Remittance Report

Dear Sir or Madam:

    Please be advised that all Remittance Reports and contributions for the same are due the 15th day of the month following the month in which the work was performed. This requirement is stated on the Remittance Report Form and is substantiated by the Funds' Trust Agreement. The Trust Agreement also provides for assessing of liquidated damages against late reports. Remittance Reports postmarked later than the fifteenth (15) day after the due date shall be assessed liquidated damages in the amount of 10% or $25.00, whichever, is greater. Because the following report form was postmarked **December 19, 2007** you owe the following liquidated damages. The contribution amounts and liquidated damages amount may also include amounts paid to the funds which have entered into Delinquency Collection Agreements with this office and are due and payable under the Collective Bargaining Agreements.

| Period | Local Union | Contribution Amount | Liquidated Damages |
|---|---|---|---|
| **Oct-07** | 309 | **$ 176.00** | **$ 25.00** |

    Please submit a copy of this letter and a check totaling **$ 25.00**, made payable to the Central Laborers' Fringe Benefit Account. Send your check to the attention of the Employer Contributions. The above mentioned liquidated damages account will be filed as closed, paid in full, provided payment is received by **February 7, 2008.**

    Should you have any questions concerning the above, please do not hesitate to contact this office.

Sincerely,

Dan Koeppel
Director, Employer Contributions

DK/jdr