IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and, LABORERS LOCAL UNION #309,<br><br>    Plaintiffs,<br>v.<br><br>CHAMPION ENVIRONMENTAL SERVICES, INC.<br><br>    Defendant. | NO. 07 CV 6968<br><br>Judge Pallmeyer<br><br>Magistrate Judge Mason |

### NOTICE OF MOTION

To: Todd Lyster
   Todd Lyster & Assoc.
   221 N. LaSalle St., Suite 2700
   Chicago, IL 60601

**PLEASE TAKE NOTICE** that on **Tuesday, June 3, 2008**, at **8:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Pallmeyer, or another Judge sitting in her stead, in the Courtroom usually occupied by her, **Room 2119**, at the United States District Courthouse, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **MOTION TO AMEND THE COMPLAINT** in the above captioned matter. A copy of the Motion is enclosed herewith and hereby served upon you.

                 Respectfully submitted,

         BY: <u>Idala H. Strouse</u>
            Marc M. Pekay, P.C.
            Attorneys for Plaintiff

MARC M. PEKAY, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL 60602
(312) 606.0980

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a copy of the foregoing **MOTION TO AMEND THE COMPLAINT** (Case No. 07 C 6968) to be served upon:

Todd Lyster
Todd Lyster & Assoc.
221 N. LaSalle St., Suite 2700
Chicago, IL 60601

by placing same in an envelope properly addressed as set out above, and delivering by first class mail, with postage costs paid, by placing in a U.S. Mail box located at 30 N. LaSalle Street, Chicago, Illinois, before the hour of **5:00 p.m.** on this ___th day of **May, 2008**.

By:   s/ Idala Strouse

MARC M. PEKAY, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL  60602
312/606-0980