IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and LABORERS LOCAL UNION #309, | ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 07 CV 6968 |
| v. | ) ) | Judge Pallmeyer Magistrate Judge Mason |
| CHAMPION ENVIRONMENTAL SERVICES, INC. | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING

**TO:**  Todd C. Lyster, Esq.
Todd C. Lyster and Associates
221 North LaSalle Street
Suite 2700
Chicago, IL 60601

**PLEASE TAKE NOTICE** that we have caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, using the Electronic Court Filing System on this **3rd** day of **June, 2008,** the attached **AMENDED COMPLAINT** and in support thereof, a true and correct copy of which is herewith served upon you.

                              Respectfully submitted,


                    BY:    s/Idala H. Strouse_____
                              One of the Attorneys for Plaintiffs

MARC M. PEKAY, P.C.
30 NORTH LA SALLE ST.
SUITE 2426
CHICAGO, IL  60602
312/606-0980

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **June 3, 2008,** I electronically filed the foregoing **AMENDED COMPLAINT** (Case No. 07 CV 6968) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd C. Lyster, Esq.
Todd C. Lyster and Associates
221 North LaSalle Street
Suite 2700
Chicago, IL 60601

and by placing same in an envelope properly addressed and delivering by first class mail, with postage costs paid, by placing in a U.S. Mail box located at 30 N. LaSalle Street, Chicago, Illinois, before the hour of **5:00 p.m.** on this **3rd** day of **June, 2008,**

to the **non-ECF filer participants:**

No non-filer participants

By: s/Idala H. Strouse
Attorney for Plaintiffs

MARC M. PEKAY, P.C.
30 NORTH LA SALLE ST.
SUITE 2426
CHICAGO, IL 60602
312/606-0980

2