## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6968 | **DATE** | 6/3/2008 |
| **CASE TITLE** | Central Laborers' Pension, Welfare and Annuity Funds, et al vs. Champion Environmental Services, Inc. | | |

**DOCKET ENTRY TEXT**

Motion to amend complaint [21] granted. Plaintiff is directed to furnish an electronic copy of the amended complaint to Defendant. Status hearing set for 7/14/2008 is stricken and reset to 7/23/2008 at 9:00.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|