UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Central Laborers' Pension, Welfare and Annuity Funds, et al.

Plaintiff,

v.

Case No.: 1:07−cv−06968
Honorable Rebecca R. Pallmeyer

Champion Environmental Services, Inc.

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: On the court's own motion, status hearing set for 7/23/2008 is stricken and reset to 7/22/2008 at 09:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.