# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and LABORERS LOCAL UNION #309, | ) ) ) ) |
| Plaintiffs, | ) NO. 07 CV 6968 |
| v. | ) Judge Pallmeyer ) Magistrate Judge Mason |
| CHAMPION ENVIRONMENTAL SERVICES, INC. | ) ) ) |
| Defendant. | ) |

## MOTION TO REINSTATE THE MATTER AND ENTER JUDGMENT AGAINST DEFENDANT, CHAMPION ENVIRONMENTAL SERVICES AND DOMINICK GORNIAK, INDIVIDUALLY

**NOW COMES** the Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS (hereinafter called "Plaintiffs"), by and through their attorneys, MARC M. PEKAY, P.C. and hereby moves for a Motion to Reinstate the Matter and Enter Judgment Against Defendant, Champion Environmental Services and Dominick Gorniak, Individually, in support of this Motion, Plaintiffs state of follows:

1.  At a pretrial before Magistrate Judge Valdez on June 16, 2010, the parties agreed to settle this case involving payments to the Plaintiff Fringe Benefit Funds. As part of this Settlement Agreement, Champion agreed to pay the Plaintiff Funds $56,000.00 in contributions, liquidated damages and legal fees in installment amounts beginning with $6,000.00 on August 15, 2010 and continuing on December 15, 2010, through May, 2011 in the amount of $8,333.33. The Settlement Agreement further provided that if there was a default

that the full balance would be due after fourteen (14) days notice and that Dominic Gorniak personally guaranteed the obligations.

2. The Company failed to make the initial payment and a fourteen (14) day letter was sent on October 7, 2010 (*attached hereto as Exhibit A*).

3. By letter dated October 21, 2010 from Mr. Lyster, the attorney for Defendants, he indicated a check would be sent in the near future (*attached hereto as Exhibit B*).

4. On December 8, 2010, a letter was again sent to request payment and, in particular, the initial amount due of $6,000.00. You will note in that letter that Champion fails to pay unless a motion is filed *(attached hereto as Exhibit C)*.

5. To date, Champion has failed to pay the initial $6,000.00 as well as other installment payments and, pursuant to the settlement, the full amount of $56,000.00 is due from Champion and Dominic Gorniak personally.

6. Attached hereto as Exhibit D is an affidavit of Marc M. Pekay setting forth additional monies and expenses incurred by my Client in attempting to collect this money pursuant to the settlement agreement.

**WHEREFORE**, Plaintiffs respectfully requests that:

1. the matter be reinstated; and
2. this Court issue a Judgment against both Champion Environmental Services and Dominic Gorniak in the amount of $56,000.00; and
3. that this Court further award all current legal fees and costs in the amount of $1,710.00 as part of that Judgment.

Respectfully submitted,

BY: <u>s/Marc M. Pekay</u>
MARC M. PEKAY
Attorney for Plaintiff

MARC M. PEKAY, P.C.
77 W. Washington Street
Suite 719
Chicago, IL 60602
(312) 606.0980